Samuel Strobl, plaintiff in error, v. J. J. Ingels, defendant in error, Gen. No. 29,546.

Motion in nature of writ of error *coram nobis* to vacate default judgment. Order vacating judgment, and plaintiff brings error. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

Hermena B. Deiches and Kraft, Kraft & Erskine, for plaintiff in error. George C. Geier, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.